THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Stanley Bradley, Appellant.
 
 
 

Appeal From Calhoun County
James C. Williams, Jr., Circuit Court
 Judge
Unpublished Opinion No. 2008-UP-613
Submitted November 3, 2008  Filed
 November 10, 2008    
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, of
 Columbia, and Solicitor David M. Pascoe, Jr., of Summerville, for Respondent.
 
 
 

PER CURIAM:  Stanley Bradley was found guilty of first degree
 burglary and criminal sexual conduct in the first degree and sentenced to
 concurrent sentences of thirty-five and thirty years, respectively.  Bradley
 appeals his convictions, arguing the trial court erred by admitting testimony
 referencing Bradleys drug use.  Bradley filed a pro se brief contending his
 second trial violated his constitutional rights by exposing him to double
 jeopardy.  After a thorough
 review of the record and both briefs pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss Bradleys appeal and grant counsels motion to be relieved. [1] 
APPEAL
 DISMISSED.  
ANDERSON, HUFF, and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.